IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| H. Stanley Reid, | ) | C.A. No.: 6:09-135-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Hartford Life Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly requested that the court stay the matter *sub judice* for a period of 60 days so as to allow the Defendant Hartford to conduct an additional administrative review. Plaintiff filed this action on January 21, 2009 asserting in the complaint that he deemed his claim denied and requesting this court review his ERISA claim. The parties have advised that on January 26, 2009 Plaintiff's counsel received a claim decision from Hartford approving Plaintiff's claim in part, but then denying the claim in other regards. The parties have advised that the decision which was received after suit was filed raised new issues which must be addressed by administrative review. Accordingly, the parties have asked the court to stay the matter *sub judice* for 60 days to accomplish that final review. Based upon the parties' request and the court's understanding of relevant fact, the court does stay this matter for 60 days.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the matter *sub judice* is stayed for a period of 60 days from the date of this order so that the Defendant Hartford can conduct an additional administrative review. Hartford shall notify the Plaintiff upon conclusion of its review. Plaintiff is advised that if his claim is approved as requested

that he will withdraw this case as moot.   If Hartford denies a portion of the relief requested by Plaintiff by way of his claim then the parties shall notify the court so that the court can then issue its specialized case management order for ERISA cases.

**AND, IT IS SO ORDERED.**

<u>s/Henry F. Floyd</u><br>
The Honorable Henry F. Floyd<br>
United States District Judge

Date: February 25, 2009